UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE ABARCA GOMEZ, | No. C 07-6094 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES TILTON, Director, | |
| Respondent. | |

The petition is dismissed without prejudice to petitioner filing a new habeas action after available state judicial remedies are exhausted.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 2, 2008

Marilyn Hall Patel
United States District Judge