UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOUIE B. GOMEZ,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.
_____/

Case Number: CV07-06094 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louie Abarca Gomez V-05272
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

Dated: January 3, 2008

                                       Richard W. Wieking, Clerk
                                       By: Anthony Bowser, Deputy Clerk